UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

**ISM SPORTS, INC. d/b/a INNOVATIVE SPORTS MARKETING**, as Broadcast Licensee of the **August 4, 2001 Columbia/Liberia** Program,

           Plaintiff,

-against-

SAMUEL H. VALENCIA, Individually and as an officer, director, shareholder and/or principal of FRANCO ENTERPRISES, INC. d/b/a CLARO DE LUNA #2 a/k/a CLARO DE LUNA 76, and FRANCO ENTERPRISES, INC. d/b/a CLARO DE LUNA #2 a/k/a CLARO DE LUNA 76;

           Defendants.
-------------------------------------------------------

**STIPULATION OF DISMISSAL**

Civil Action No. CV-04-917 (ARR/CLP)
Hon. Cheryl L. Pollak



It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: May 30, 2006

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8521
Lonstein Law Office, P.C.
1 Terrace Hill; P.O. Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

/s/ Rodney R. Youman
Rodney R. Youman, Esq.
Bar Roll No. RY7812
Youman and Associates, P.C.
76-03 Roosevelt Avenue, 2nd Floor
Jackson Heights, NY 11372
Telephone: (718)478-4720
Facsimile: (718)478-4725

SO ORDERED this _____ day of July, 2006

HON. ~~CHERYL L. POLLAK~~ ALLYNE R. ROSS
United States ~~Magistrate~~ Judge
DISTRICT